UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARTIN J WALSH,** | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-01869-E |
| | § | |
| **ROBERT PETERSON et al.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

# ORDER

On April 4, 2023, the Parties submitted their Joint Status Report in this case. (ECF No. 74). The Joint Status Report discusses a related case before this Court—*Coleman, et al., v. Brozen, et al.*, Case No. 3:20-cv-01358-E (N.D. Tex.)—and potential rulings regarding motions that are pending in the *Coleman* case, which may influence "meaningful settlement discussions" in this instant proceeding. In particular, the Joint Status Report states:

> It is Defendants' position that this matter cannot be resolved until the Court rules on the motion to compel arbitration in the *Coleman* matter.
>
> Plaintiff's position is that the instant case should proceed without regard to the *Coleman* case given that the cases are in different phases of litigation and that the instant case cannot be subject to arbitration regardless of the outcome of any motions pending in the *Coleman* case. Plaintiff further asserts that to the extent Defendants believe any remedy ultimately granted in the instant case impacts the *Coleman* case, Defendants could raise that in the *Coleman* litigation without the cases being litigated in tandem and without the instant case being delayed.

(ECF No. 74 at 10). The motion to compel arbitration is before the Court in *Coleman*.

Weighing the competing interests of the Parties and the Court, the Court concludes in its discretion that this action should be STAYED pending its ruling on the motion to compel

arbitration in the *Coleman* matter. Thus, the Court STAYS all proceedings this case—pending rulings on the motion to compel arbitration in the *Coleman* matter.[1] The Parties shall not file into this case except upon leave of Court.

The Clerk shall transmit to the Parties a true copy of this Order.

**SO ORDERED.**

Signed May 23rd, 2023.

**Ada Brown**
**UNITED STATES DISTRICT JUDGE**

---

[1] *Coleman, et al., v. Brozen, et al.*, Case No. 3:20-cv-01358-E, ECF No. 66 (N.D. Tex.).